UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC102(AKH) |
| JAIDER ORTIZ, | 08CV4276(AKH) |
| Plaintiff(s), | **NOTICE OF APPEARANCE** |
| -against- | |
| BROOKFIELD FINANCIAL PROPERTIES, INC., et al., | |
| Defendants. | |

    **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21 INC, CENTURY 21 DEPARTMENT STORE LLC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
           August 25, 2008

                                          Yours etc.,

                                          HARRIS BEACH PLLC
                                          *Attorneys for Defendant*
                                          **CENTURY 21 INC, CENTURY 21 DEPARTMENT STORE LLC, BLUE MILLENNIUM REALTY LLC**

                                            _____/s/_____
                                            Stanley Goos, Esq. (SG-7062)
                                            100 Wall Street
                                            New York, NY  10005
                                            212 687-0100
                                            212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on August 25, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21 Inc, Century 21 Department Store LLC. and Blue Millennium's Notice of Appearance

Dated: August 25, 2008

/s/
Stanley Goos, Esq. (SG 7062)