UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                    21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

JAIDER ORTIZ,                                               08CV4276(AKH)

                                    Plaintiff(s),      **NOTICE OF APPEARANCE**

                -against-

BROOKFIELD FINANCIAL PROPERTIES, INC., et al.,

                                    Defendants.

 

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES LLC, MAYORE ESTATES LLC, and 80 LAFAYETTE ASSOCIATION LLC, AS TENANTS IN COMMON ("MAYORE ESTATES/80 LAFAYETTE") for the building located at 22 Cortlandt Street (Subcellar Floors 1, 2, 3 and Floors 1, 2, 3), New York, New York 10007**, in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
              August 25, 2008

                                    Yours etc.,

                                    HARRIS BEACH PLLC
                                    *Attorneys for Defendant*
                                    **MAYORE     ESTATES     LLC,     80
                                    LAFAYETTE     ASSOCIATES     LLC,
                                    MAYORE     ESTATES     LLC,     and     80
                                    LAFAYETTE     ASSOCIATION     LLC,     AS
                                    TENANTS IN COMMON**

                                    _____/s/_____
                                    Stanley Goos, Esq. (SG-7062)

100 Wall Street
New York, NY  10005
212 687-0100
212 687-0659 (Fax)

## <u>CERTIFICATION AS TO SERVICE</u>

The undersigned certifies that on August 25, 2008, I caused to be filed and served

the following document electronically via the Court's ECF system upon the parties:

Mayore Estates LLC, 80 Lafayette Associates LLC, Mayore Estates LLC, and 80 Lafayette Association LLC, as Tenants in Common Notice of Appearance

Dated: August 25, 2008

_____/s/_____
Stanley Goos, Esq. (SG 7062)