UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER<br>LOWER MANHATTAN DISASTER<br>SITE LITIGATION | 21MC102(AKH) |

| | |
|---|---|
| JAIDER ORTIZ, | 08CV4276(AKH) |
| Plaintiff(s), | **NOTICE OF ADOPTION BY** |
| | **MAYORE ESTATES LLC, 80** |
| -against- | **LAFAYETTE ASSOCIATES** |
| | **LLC, MAYORE ESTATES** |
| BROOKFIELD FINANCIAL PROPERTIES, INC., et al., | **LLC, and 80 LAFAYETTE** |
| | **ASSOCIATION LLC, AS** |
| Defendants. | **TENANTS IN COMMON OF** |
| | **ANSWER TO MASTER** |
| | **COMPLAINT** |

      **PLEASE TAKE NOTICE** that defendant **NOTICE OF ADOPTION BY MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES LLC, MAYORE ESTATES LLC, and 80 LAFAYETTE ASSOCIATION LLC, AS TENANTS IN COMMON** for the building located at 22 Cortlandt Street (Subcellar Floors 1, 2, 3, and Floors 1, 2, 3) New York, New York 10007, (hereinafter "Mayore Estates/80 Lafayette") as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint adding new defendants not previously served filed in the above-referenced action, herein adopts Mayore Estates/80 Lafayette's Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH). **MAYORE ESTATES/80 LAFAYETTE** has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**PLEASE TAKE FURTHER NOTICE THAT** defendant, Mayore Estates/80 Lafayette

reserves its right to assert any defenses to which it is entitled, including but not limited to those

enumerated in Case Management Order No. 4 (¶¶ D(1)-(5)).

**WHEREFORE**, Mayore Estates/80 Lafayette demands judgment dismissing the above-

captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
         August 25, 2008

> **HARRIS BEACH PLLC**
> *Attorneys for Defendant*
> **MAYORE ESTATES LLC, 80 LAFAYETTE
> ASSOCIATES LLC, MAYORE ESTATES
> LLC, and 80 LAFAYETTE ASSOCIATION
> LLC, AS TENANTS IN COMMON**
>
>
> _____/s/_____
> Stanley Goos, Esq.  (SG 7062)
> 100 Wall Street, 23rd Floor
> New York, New York 10005
> (212) 687-0100

TO:

David L. Kremen
Oshman & Mirisola
42 Broadway, 10th Floor
New York, New York 10004
Attorneys for Plaintiff

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279
**Liaison Counsel for Plaintiff**

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279
**Liaison Counsel for Plaintiff**

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.

Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006
***Liaison Counsel for the Defendants***

**All Counsel via ECF**

## <u>CERTIFICATION AS TO SERVICE</u>

The undersigned certifies that on August 25, 2008, I caused to be filed and served

the following document electronically via the Court's ECF system upon the parties:

1.    Notice of Adoption by Mayore Estates LLC, 80 Lafayette Associates LLC, Mayore Estates LLC, And 80 Lafayette Association LLC, as Tenants in Common of Answer to Master Complaint.

Dated: August 25, 2008

_____/s/_____
Stanley Goos, Esq. (SG 7062)