UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC102(AKH) |
| JAIDER ORTIZ,<br><br>Plaintiff(s),<br><br>-against-<br><br>BROOKFIELD FINANCIAL PROPERTIES, INC., et al.,<br><br>Defendants. | 08CV4276(AKH)<br><br>NOTICE OF ADOPTION BY CENTURY 21 DEPARTMENT STORE LLC OF ANSWER TO MASTER COMPLAINT |

**PLEASE TAKE NOTICE** that defendant **CENTURY 21 DEPARTMENT STORE LLC** (hereinafter "Century 21 Dep't Store"), as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, herein adopt Century 21 Dep't Store's Answer to Master Complaint, dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

**WHEREFORE**, Century 21 Dep't Store demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated:   New York, New York
         August 25, 2008

                                        **HARRIS BEACH PLLC**
                                        *Attorneys for Defendant*
                                        CENTURY 21 DEPARTMENT STORE LLC

                                        _____/s/_____
                                        Stanley Goos, Esq.  (SG 7062)
                                        100 Wall Street, 23rd Floor
                                        New York, New York 10005
                                        (212) 687-0100

TO:

David L. Kremen
Oshman & Mirisola
42 Broadway, 10th Floor
New York, New York 10004
Attorneys for Plaintiff

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279
*Liaison Counsel for Plaintiff*

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279
*Liaison Counsel for Plaintiff*

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006
*Liaison Counsel for the Defendants*

**All Counsel via ECF**

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on August 25, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Notice of Adoption by Century 21 Department Store LLC of Answer to Master Complaint.

Dated: August 25, 2008

                                                           /s/
                                      Stanley Goos, Esq. (SG 7062)